■ In the Matter of Lubna M. et al. James A. Krauskopf, Respondent; Heather B., Appellant. — Order, Family Court of the State of New York, New

York County (Kathryn McDonald, J.), entered on April 21, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Ross, J. P., Carro, Bloom, Milonas and Alexander, JJ.